**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6910**

DASHA CLARK NORMAN,

        Plaintiff - Appellant,

    v.

SERGEANT SHANNON CASE, a/k/a Shannon Capps, in her individual capacity, employed by Transylvania County Sheriff David Mahoney; HOPE HOLLINGSWORTH, Kitchen Officer Supervisor, in her Individual capacity, employed by Transylvania County Sheriff David Mahoney,

        Defendants - Appellees,

    and

SERGEANT SHELLY STROUP, in her individual capacity, employed by Transylvania County Sheriff David Mahoney,

        Defendant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00149-MR)

Submitted:  August 30, 2024              Decided:  September 20, 2024

Before NIEMEYER and AGEE, Circuit Judges, KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dasha Clark Norman, Appellant Pro Se.  Sean Francis Perrin, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dasha Clark Norman appeals the district court's orders denying his motion for sanctions and granting Defendants' motion for summary judgment in Norman's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Norman v. Case*, No. 1:22-cv-00149-MR (W.D.N.C. July 5, 2023; Aug. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*